UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| E.R., Petitioner, v. MARKWAYNE MULLIN, et al, Respondents. | Case No. 5:26-cv-05079-DTB **AMENDED JUDGMENT** |

Pursuant to the Order Granting Motion for Reconsideration,

IT IS ADJUDGED that the Petition is granted and a writ shall be issued ordering Respondents to immediately release Petitioner E.R. (A# 095-041-360) from custody subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

Respondents are ordered to return all property confiscated from Petitioner (if any) during his arrest and processing into detention.

Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from re-detaining Petitioner without complying with all applicable statutes and regulations.

Respondents are enjoined from re-detaining Petitioner without first providing him with a pre-deprivation hearing before a neutral adjudicator where the government must demonstrate by clear and convincing evidence that Petitioner's re-detention is justified by showing that he is either a flight risk or danger to the community. Petitioner must be allowed to have counsel present at such a pre-deprivation hearing and must be provided at least 10 day's written notice prior to any such hearing.

Respondents are ordered to file a status report within two (2) business days of the date of the Order Granting Petition for Writ of Habeas Corpus to confirm that Petitioner's release from custody is subject to the same conditions (if any) that he was subject to at the time he was arrested and detained.

DATED: November 4, 2026

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE